145 So.2d 815

Lonnie WARDEN

v.

STATE.

8 Div. 96.

Supreme Court of Alabama.

Oct. 18, 1962.

Lonnie Warden, pro se.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

LIVINGSTON, Chief Justice.

This is an appeal from a judgment of the Circuit Court of Madison County, Alabama, granting the state's motion to dismiss the petition, as amended, of Lonnie Warden, who petitioned the trial court for a writ of error coram nobis.

The cause is affirmed on the authority of Ex parte Seals, 271 Ala. 622, 126 So.2d 474, cert. den. 366 U.S. 954, 81 S.Ct. 1909, 6 L.Ed. 2d 1246; Ex parte Fewell, 261 Ala. 246, 73. So.2d 558; Ex parte Gammon, 255 Ala. 502, 52 So.2d 369; Ex parte Taylor, 249 Ala. 667, 32 So.2d 659; Johnson v. Williams,. Warden, 244 Ala. 391, 13 So.2d 683; Stephens v. State, 36 Ala.App. 57, 52 So.2d 169;. 24 C.J.S. Criminal Law § 1606 et seq.

Affirmed.

SIMPSON, MERRILL and HARWOOD, JJ., concur.